# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

U.S.A. vs. Robert Lin Key, Jr.                                    Docket No. 7:11-CR-56-1BO

**Petition for Action on Probation**

COMES NOW Robert K. Britt, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Robert Key, who, upon an earlier plea of guilty to Conspiracy to Possess With the Intent to Distribute a Quantity of Heroin was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on October 13, 2011, to a 48 month term of imprisonment in the custody of the Bureau of Prisons to be followed by a 3 year term of supervised release. Key was released from custody on September 2, 2014, at which time the term of supervised release commenced.

Robert Key has been supervised in the Middle District of North Carolina since supervised release began.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

USPO Matthew McBirney in the Middle District of North Carolina reports that Key has committed the following violations since supervised release began:

1. On November 9, 2014, Mr. Key left the district without permission. He traveled to Baltimore, Maryland, where he had hernia surgery.

2. On January 17, 2015, Mr. Key was arrested in Essex County, New Jersey for Felony Burglary and Misdemeanor Criminal Trespass (ESX15000446-001). On March 10, 2015, he pled guilty to Misdemeanor Criminal Mischief and Misdemeanor Criminal Trespass. He was sentenced to 53 days in jail and given credit for time served. This violation occurred while Mr. Key was on an authorized visit to see family members. After his release, he returned to the Middle District of North Carolina.

3. On March 17, 2015, Mr. Key was cited by the Greensboro Police Department for Misdemeanor Urinate in Public (15CR798244). Mr. Key contends that complications from a recent surgery forced him to urinate behind a local pharmacy. This case is scheduled to be heard in state court on May 22, 2015.

USPO McBirney recommends that in response to these violations Mr. Key be placed on three months electronic monitoring and jurisdiction be transferred. This will serve as a sanction for these violations and will better allow their office to monitor his activities. Key has signed a waiver agreeing to the proposed modification.

Docket No. 7:11-CR-56-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the location monitoring curfew program for a period of 3 months. At the direction of the probation officer, wear a location monitoring device, which may include GPS or other monitoring technology and follow all program procedures specified by the probation officer. Pay for the location monitoring services as directed by the probation officer.

Additionally, the probation office in the Middle District of North Carolina has requested that jurisdiction be transferred to their district should the court agree. This is based on the fact that Mr. Key is working and has recently purchased a home in their district. If the court agrees, it is recommended that the attached Forms 22 be signed and returned to our office for further distribution.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: May 12, 2015

## ORDER OF COURT

Considered and ordered this __14__ day of __May__, 2015, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge